IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERENCE KELLER,                          )
                                         )
        Plaintiff,                       )    Civil No. 06-692-ST
                                         )
   v.                                    )    O R D E R
                                         )
WASHINGTON COUNTY and TIM MILLER,        )
                                         )
        Defendants.                      )

    Michael E. Rose
    Thomas M. Steenson
    STEENSON SCHUMANN TEWKSBURY & ROSE, P.C.
    815 S.W. Second Avenue, Suite 500
    Portland, OR  97204-3005

     Attorneys for Plaintiff

    William G. Blair
    STATE OF OREGON/WASHINGTON COUNTY
    155 N. First Avenue, Suite 340
    MS34
    Hillsboro, OR  97124

     Of Attorneys for Defendants

JONES, Judge:

Magistrate Judge Janice M. Stewart filed Findings and Recommendation (#30) on February 15, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendants have timely filed objections. I have, therefore, given de novo review of Magistrate Judge Stewart's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#30) dated February 15, 2007, in its entirety. Defendant Keller's motion (#8) for partial summary judgment is granted as to liability on his: (1) § 1983 claim against Miller for the continued detention after the initial arrest and detention at the jail; (2) § 1983 claim against Washington County for the detention at the jail; and (3) false imprisonment claim against Washington County, leaving for the jury whether to award any damages on those claims, and

otherwise denied, and defendants' motion (#14) for summary judgment is granted against the: (1) § 1983 claim against Miller as to the initial arrest; and (2) negligence claim, and otherwise denied.

    IT IS SO ORDERED.

    DATED this 10th day of April, 2007.

                                          /s/ Robert E. Jones
                                          ROBERT E. JONES
                                          United States District Judge